UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIZED ASSET FUNDING 2011-2, LTD., <br><br>             Plaintiff, <br><br> v. <br><br> CANADIAN IMPERIAL BANK OF COMMERCE, <br><br>             Defendant. | Civil Action No.: 1:15-cv-08568 (WHP) <br><br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

         Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Securitized Asset Funding 2011-2, Ltd. hereby voluntarily dismisses its claims against defendant Canadian Imperial Bank Of Commerce without prejudice.  Because defendant has not served an answer or filed a motion for summary judgment in response to Securitized Asset Funding 2011-2, Ltd.'s complaint herein, the voluntary dismissal of this action does not require an order of the Court. Plaintiff states that no court of the United States or of any state previously dismissed any action based on or including the same claims as presented by plaintiff in its complaint herein.

Dated:  November 25, 2015

                            *s/ Joseph Serino Jr., P.C.*
                            Joseph Serino Jr., P.C.
                            KIRKLAND & ELLIS LLP
                            601 Lexington Avenue
                            New York, NY 10022
                            Tel: (212) 446-4800
                            Fax: (212) 446-4900

                            Jeffrey S. Powell (admitted *pro hac* vice)
                            Daniel T. Donovan (admitted *pro hac vice*)
                            Judson D. Brown (admitted *pro hac vice*)
                            KIRKLAND & ELLIS LLP
                            655 Fifteenth St., N.W.
                            Washington, DC 20005
                            Tel: (202) 879-5000
                            Fax: (202) 879-5200

                            *Attorneys for Plaintiff Securitized Asset Funding 2011-2, Ltd.*